IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03231-MSK-BNB

ANTHONY MANCINI, JR., and
CHRISTINA MANCINI, husband and wife,

Plaintiffs,

v.

BENIHANA NATIONAL CORP., a Delaware corporation d/b/a Benihana of Tokyo,
BENIHANA BROOMFIELD CORP., a Delaware corporation,
GREENE AND GREENE II, LLC, a California limited liability company, and
VARGAS PROPERTY SERVICES, INC., a Colorado corporation,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Renewed Joint Motion to Modify Scheduling Order** [docket no. 42, filed July 21, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 15, 2014**;

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 14, 2014**;

Discovery Cut-off:                                    **December 15, 2014**.

DATED:  July 21, 2014