IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-03231-MSK-NYW | Date: | August 31, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204* |

| Parties | Counsel |
|---|---|
| ANTHONY MANCINI, JR.,<br>CHRISTINA MANCINI,<br><br>**Plaintiffs,**<br><br>v.<br><br>BENIHANA NATIONAL CORP.,<br>BENIHANA BROOMFIELD CORP.,<br>GREENE AND GREENE II, LLC,<br>VARGAS PROPERTY SERVICES, INC.,<br><br>**Defendants.** | *William C. Marlin*<br><br><br><br><br><br>*Neema Jon Kassaii*<br>*Brian J. Waters* |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

Court in Session: 1:31 p.m.

Appearance of counsel.

Discussion and argument held on Defendants Benihana National Corp., Benihana Broomfield Corp., and Greene and Greene II, LLC's Motion for Leave to Amend Answer to Assert Cross-Claims Against Vargas Property Services, Inc. Pursuant to F.R.C.P. 15 [67] filed June 29, 2015.

**ORDERED:** Defendants Benihana National Corp., Benihana Broomfield Corp., and Greene and Greene II, LLC's Motion for Leave to Amend Answer to Assert Cross-Claims Against Vargas Property Services, Inc. Pursuant to F.R.C.P. 15 [67] is TAKEN UNDER ADVISEMENT.

Court in Recess: 1:50 p.m.          Hearing concluded.          Total time in Court:   00:19